## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Chicago

| | | |
|---|---|---|
| **In re:** | ) | **In re:** |
| | ) | |
| **SUSIE NAILON** | ) | **Case No. 16-18778** |
| *aka SUSIE WILLIAMS* | ) | **Chapter 13** |
| *aka SUSAN WILLIAMS-NAILON* | ) | |
| **GEORGE H. NAILON** | ) | |
|         Debtors. | ) | **Honorable Judge Pamela S. Hollis** |
| | ) | |
| **SIERRA AUTO FINANCE, LLC.** | ) | |
|         Movant, | ) | **Respondent.** |
| | ) | |
| v. | ) | |
| | ) | |
| **SUSIE NAILON** | ) | |
| *aka SUSIE WILLIAMS* | ) | |
| *aka SUSAN WILLIAMS-NAILON* | ) | |
| **GEORGE H. NAILON** | ) | |

        Respondent.

### NOTICE OF MOTION

TO:

| | |
|---|---|
| **David M. Siegel** | Susie Nailon |
| David M. Siegel & Associates | George H. Nailon |
| 790 Chaddick Drive | 525 W. 15th Place |
| Wheeling, IL 60090 | Chicago Heights, IL 60411 |
| **BY ELECTRONIC TRANSMISSION** | **BY REGULAR MAIL** |
| | |
| **Marilyn O. Marshall** | Jasmine Crosby |
| 224 South Michigan | 301 Oakwood |
| Suite 800 | Park Forest IL 60466 |
| Chicago, IL 60604 | **BY REGULAR MAIL** |
| **BY ELECTRONIC TRANSMISSION** | |
| | |
| **Patrick S. Layng** | |
| Office of the U.S. Trustee, Region 11 | |
| 219 S Dearborn St | |
| Room 873 | |
| Chicago, IL 60604 | |
| **BY ELECTRONIC TRANSMISSION** | |

    PLEASE TAKE NOTICE that on the **11th day of January, 2017, at 9:30 a.m.,** or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Judge Pamela S. Hollis Bankruptcy Judge, 219 South Dearborn Street, Courtroom 644, Chicago, IL 60604, and then and there present the attached Motion for Relief from Automatic Stay, a copy of which is hereby served upon you.

1

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion for Relief from Automatic Stay attached, upon the parties listed above, by the methods specified from 7710 Carondelet Avenue, Suite 217, St. Louis, MO 63105 before the hour of 5:00 p.m. on the 7th day of December, 2016.

BY s/ Melinda J. Maune
Melinda J. Maune, #49797MO, mjm@martinleigh.com
Amy Tucker Ryan, #49047MO, atr@ martinleigh.com
7710 Carondelet Avenue Suite 217
St. Louis, MO 63105
Telephone:   (816) 221-1430
Fax:          (816) 221-1044
mjm@martinleigh.com
Attorney for: Sierra Auto Finance

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the 7th day of December, 2016, and as to the debtor by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 1044 Main Street, Suite 900, Kansas City, MO 64105 before the hour of 5:00 p.m. on the 7th day of December, 2016.

TO:

**David M. Siegel**
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
**BY ELECTRONIC TRANSMISSION**

Susie Nailon
George H. Nailon
525 W. 15th Place
Chicago Heights, IL 60411
**BY REGULAR MAIL**

**Marilyn O. Marshall**
224 South Michigan
Suite 800
Chicago, IL 60604
**BY ELECTRONIC TRANSMISSION**

Jasmine Crosby
301 Oakwood
Park Forest IL 60466
**BY REGULAR MAIL**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
**BY ELECTRONIC TRANSMISSION**

BY: s/   Melinda J. Maune
MELINDA J. MAUNE
Melinda J. Maune, MoBar #49797, IL ARDC# 9078537
Martin Leigh PC
7710 Carondelet Avenue, Suite 217
St. Louis, MO 63105
Telephone: (314) 562-8200
mjm@martinleigh.com
Attorney for: Sierra Auto Finance, LLC

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Chicago

| | |
|---|---|
| In re: | ) |
| | ) |
| **SUSIE NAILON** | ) Case No. 16-18778 |
| *aka SUSIE WILLIAMS* | ) Chapter 13 |
| *aka SUSAN WILLIAMS-NAILON* | ) |
| **GEORGE H. NAILON** | ) |
| Debtors. | ) Honorable Judge Pamela S. Hollis |
| | ) |
| **SIERRA AUTO FINANCE** | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| **SUSIE NAILON** | ) |
| *aka SUSIE WILLIAMS* | ) |
| *aka SUSAN WILLIAMS-NAILON* | ) |
| **GEORGE H. NAILON** | ) |
| Respondent. | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**COMES NOW,** Sierra Auto Finance ("Movant"), by and through counsel, and moves this Court pursuant to 11 U.S.C. 362 and 1301 for an order terminating the automatic stay. In support Movant states as follows:

1. On or about October 3, 2014, Susie Williams ("Debtor") and Jazmine Crosby executed and delivered to Melrose Park Auto Plaza Inc., a Retail Installment Contract ("Contract") in the original amount financed of $8,719.00. A true and correct copy of the Contract is attached hereto as Exhibit A and incorporated herein by this reference. The Contract was assigned to Movant.

2. The Contract is secured by a properly perfected Certificate of Title on the following vehicle:   2009 Chevrolet Cobalt VIN: 1G1AT58H797178648 ("Collateral")

A true and correct copy of the Certificate of Title is attached hereto as Exhibit B and incorporated herein by this reference.

3. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 7, 2016.

4. The plan provides for payments to be made outside the plan by the Co-Debtor. As of December 1, 2016, Debtor has failed to make monthly payments to Movant for the months of March, 2016 through November 2016, causing a post-petition payment arrearage in the amount of $2,027.77.

5. As of December 1, 2016, the payoff amount under the Contract is $9,160.80.

6. Cause exists for the granting of relief from the automatic stay, as Debtor has not offered Movant adequate protection of its interest in the Property 11 U.S.C. § 362 (d)(1).

7. Debtor has little or no equity in the Collateral and said Collateral is not necessary for an effective reorganization. 11 U.S.C. §362 (d)(2)(A) and §362 (d)(2)(B).

8. Pursuant to Section 1301(c)(3) of the Bankruptcy Code, Creditor is entitled to relief from the co-debtor stay if Creditor`s interest would be irreparably harmed by continuation of the stay.

9. Movant requests that any order modifying the stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

**WHEREFORE**, for the foregoing reasons, Movant respectfully requests that this Court enter an Order Granting Relief from the Automatic Stay of 11 U.S.C. §362 and co-debtor stay of Section 1301(c)(3) to enable Movant to exercise any and all rights provided under non-bankruptcy law, that Federal Bankruptcy Rule 4001(a)(3) is waived in order to permit Movant to immediately exercise any and all rights provided under non-bankruptcy law, and for such other and further relief as it just and appropriate under the circumstances.

Respectfully submitted,

MARTIN LEIGH PC

BY: s/   Melinda J. Maune
MELINDA J. MAUNE
Melinda J. Maune, MoBar #49797, IL ARDC# 9078537
Martin Leigh PC
7710 Carondelet Avenue, Suite 217
St. Louis, MO 63105
Telephone: (314) 562-8200
mjm@martinleigh.com
Attorney for: Sierra Auto Finance

**EXHIBIT A**

# RETAIL INSTALLMENT CONTRACT — MOTOR VEHICLE — SIMPLE INTEREST

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1,000.00 |
|---|---|---|---|---|
| 22.50 % | $ 6,006.80 | $ 8,719.00 | $ 14,725.80 | $ 15,725.80 |

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 245.43 | monthly beginning 11/17/14 |
|   | $ N/A |   |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.

See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

### Itemization of Amount Financed

| | |
|---|---|
| Cash Price | $ 8,530.73 |
| Less Cash Downpayment | $ 1,000.00 |
| Value of Trade-In N/A | |
| Trade $ | |
| Lien Payoff $ N/A | |
| To: | Net Trade $ 0.00 |
| Total Downpayment | $ 1,000.00 |
| (if negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | |
| Amounts Paid on Your Account | |
| Unpaid Balance of Cash Price | $ 7,530.73 |
| Amount Paid to Others for You | |
| *WE MAY BE RETAINING A PORTION OF THIS AMOUNT | |
| Unpaid Balance Due on Trade-In | $ N/A |
| Insurance Companies: N/A | |
| * | $ 0.00 |
| * | $ N/A |
| * | $ N/A |
| Public Officials (Licenses, Title & Taxes) | $ 1,022.00 |
| * Paid to ERT Service Provider for Optional ERT Fee | $ N/A |
| • To N/A | $ N/A |
| • To Dlr Svc Fee | $ 166.27 |
| • To | $ N/A |
| Total Other Charges & Amount Paid to Others for You | $ 1,188.27 |

**Other Charges / Amts Paid**
- To _____ $ N/A
- To _____ $ ____
- To _____ $ ____
- To _____ $ N/A
- To _____ $ ____
- To _____ $ ____

Buyer(s): **JAZMINE CROSBY; 525 W 15TH PL; CHICAGO HEIGHTS, IL 60411**
(Names)    (Residence Address)    (City)    (State)    (Zip)

Buyer(s): **SUSIE WILLIAMS, 525 W 15TH PL, CHICAGO HEIGHTS, IL 60411**
(Names)    (Residence Address)    (City)    (State)    (Zip)

Seller: **MELROSE PARK AUTO MALL INC    2410 W NORTH AVE, MELROSE PARK, IL 60160**
(Corporate Firm or Trade Name)    (Business Address)    (City)    (State)    (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle in good condition.

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Serial Number | Body Color | Top Color | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| Used | 09 | CHEVROLET | COBALT | 4DR | 4 | 1G1AT58H797178648 | SILVER | | |

**Buyer Promises to pay to the order of Seller at the offices of: SIERRA AUTO FINANCE LLC,** _____ (Assignee) located in **COCKEYSVILLE, MD**

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of **22.50 %** per annum from date until maturity, in **NOVEMBER 17TH 2014** **60** installments of $ **245.43** each and a final installment of $ **N/A**, beginning on _____ and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein.

**SECURITY INTERESTS:** Seller is granted a purchase-money security interest in the motor vehicle described above and all accessions under the Illinois Uniform Commercial Code until the Total of Payments and all future indebtedness are paid in full. Buyer grants assignee the right of set-off or lien on any moneys, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, excepting IRA or similar deposits. Seller is also granted a security interest in any premium rebates for insurance or service contracts, if financed hereunder, in the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, until all amounts due under this contract are paid in full.

**ACCELERATION:** Buyer agrees that (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) if the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or Buyer's business or property, or Buyer shall make an assignment for benefit of creditors, or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

**PREPAYMENT:** THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.

**DELINQUENCY CHARGE:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in realizing on the collateral. Buyer agrees to pay Finance Charges after maturity of the final installment, or after acceleration upon default, at the Annual Percentage Rate stated herein so long as there exists any uncured default hereunder, all without relief from valuation or appraisement laws.

**INSURANCE AGREEMENT:** Motor Vehicle Damage or Loss insurance is required by Seller. (Buyer may choose the person through whom the insurance is to be obtained. If such insurance is to be obtained through Seller, the cost for a term of **N/A** months will be $ **N/A**.

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT**

Credit Insurance is not required by Seller nor is it a factor in approval of the extension of credit. No credit insurance is to be provided unless the Buyer signs the appropriate authorization below. Group Credit Insurance is available for the term of the credit upon acceptance by insurer at the following costs:

Credit Life Insurance $ **N/A**    Credit Disability Insurance $ **N/A**

| I desire Credit Life Insurance. | I desire Credit Disability Insurance. | I DO NOT want Credit Life or Disability Insurance. |
|---|---|---|
| (Age of Insured) (Signature) (Date) | (Age of Insured) (Signature) (Date) | Jazmine Crosby 10/3/14 (Signature) (Date) |
| (Age of Insured) (Signature) (Date) | (Age of Insured) (Signature) (Date) | Susie Williams Naylor (Signature) (Date) |

**SEE REVERSE HEREOF FOR INFORMATION ON POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.**

### NOTICE OF PROPOSED GROUP CREDIT LIFE INSURANCE

If a charge is made above for credit life insurance and if such insurance is to be procured by assignee, the undersigned takes notice that the decreasing term insurance written under a Group Credit Life Insurance Policy is to be purchased on the life of the Buyer or Buyers who signed above requesting it, subject to acceptance by the insurer and issuance of a certificate by _____ (Insurer) N/A    (Home Office Address)

The amount of premium is shown above. The term of insurance will commence on the date of this contract and expire on the originally scheduled maturity date of the indebtedness. The initial amount of insurance will be equal to the initial indebtedness and will decrease as any payment is made on the indebtedness in an amount computed by multiplying the amount of the payment by the ratio of initial insurance over the initial indebtedness. The proceeds of any insurance paid will be applied to reduce or extinguish the indebtedness. If insurance is terminated prior to the scheduled maturity date of the indebtedness, any premium refund will be paid or credited promptly to the person entitled thereto. Refund formula is on file with the Director of Insurance and with creditor. All of the foregoing is subject to the provisions of the certificate of insurance to be issued.

Other insurance: **N/A**    , the cost for a term of **N/A** months will be $ **N/A**.
(Type of Insurance)

**BUYER AGREES THAT THE PROVISIONS ON THE REVERSE SIDE HEREOF SHALL CONSTITUTE A PART OF THIS RETAIL INSTALLMENT CONTRACT AND BE INCORPORATED HEREIN.** If this contract evidences the sale of a used motor vehicle (1) Buyer acknowledges receipt of the original or a true copy of the "Buyer's Guide" form displayed by Seller on the side window of the used vehicle; and (2) **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS USED VEHICLE IS A PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**DOCUMENTARY FEE:** A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2008, WAS $150. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $150 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

The Annual Percentage Rate may be negotiable with the Seller. If this Contract is assigned, Seller may retain or receive a portion of the Finance Charge.

**NOTICE TO BUYER:** 1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due and to obtain under certain conditions a partial refund of the finance charge. Buyer confirms receiving a copy of this contract and had a chance to read and review it before Buyer signed it. By signing below Buyer agrees to the terms of this contract. Guarantor, if any, acknowledges receipt of completed copies of this contract and of Explanation of Guarantor's Obligation.

**CO-BUYER:** A Co-Buyer is a person who agrees to be primarily responsible for paying the entire debt and who (1) actually receives the vehicle or (2) is a parent or spouse of the Buyer, or (3) will be listed as an owner on the vehicle's title. By signing below, (1) I confirm that I will actually receive possession of the vehicle or will use it, or that I am a parent or spouse of the Buyer, or that I will be listed as an owner on the vehicle's title; (2) I agree to be primarily obligated under this contract; and (3) I consent to the Creditor having a security interest in the vehicle.

Dated: **OCTOBER 3, 2014**

Seller: **MELROSE PARK AUTO MALL INC**

By: _____ GM
    TITLE

Guarantor: _____

I hereby guarantee the collection of the above described amount upon failure of the seller named herein to collect said amount from the buyer named herein.

Buyer(s) acknowledges receipt of a fully completed and executed copy of this Contract.

**RETAIL INSTALLMENT CONTRACT**

Buyer: Jazmine Crosby
Buyer: Susie Williams Naylor

INSTRUCTIONS: If parent, spouse, or other person who is or will be listed as an owner on the vehicle's title is a co-buyer, sign above. Other co-signers, sign on the Guarantor line.

Copyright 2014   ILLIANA FINANCIAL, INC., Elmhurst, IL (All Rights Reserved)    **ORIGINAL**    Form IFI-26 (Rev. 7/14)





## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form does not satisfy the transfer of ownership requirements as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.