UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:  16-18778 |
|---|---|---|
|  | ) |  |
| SUSIE NAILON | ) | Chapter: 13 |
| GEORGE H. NAILON | ) | Honorable Pamela S. Hollis |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

# ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

Sierra Auto Finance having filed a Motion for Relief from Automatic Stay and the Court having reviewed the pleadings, the Court hereby FINDS that just cause is shown for Relief from Automatic Stay on certain property described fully in the Motion for Relief as commonly described as :

2009 Chevrolet Cobalt VIN: 1G1AT58H797178648

IT IS HEREBY ORDERED that Sierra Auto Finance, shall be granted Relief from the Automatic Stay and for such purposes the stays of 11 U.S.C. § 362 and 1301 are hereby terminated on the above described property and to exercise any and all rights provided under non-bankruptcy law as set forth in the Contract and as more fully set forth in the pleadings prepared and filed with the Court, as well as the applicable laws under the State of Illinois.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001 (a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

All other relief prayed for is DENIED

Enter:

*LaShonda A. H.*
United States Bankruptcy Judge

Dated: 3/13/17

**Prepared by:**
MARTIN LEIGH, PC.,

s/ Melinda J. Maune
Melinda J. Maune, #49797, mjm@martinleigh.com
IL ARDC# 9078537
7710 Carondelet Avenue, Ste 217
St. Louis, MO 63105
Telephone: (816)221-1430
Fax: (816)221-1044
ATTORNEY FOR Sierra Auto Finance, LLC.

Rev: 20130104_bko