IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 13 |
| GEORGE AND SUSIE NAILON, | ) | Case No. 16-18778 |
| | ) | Judge: CLEARY |
| Debtor(s). | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee:  ciyrtdics@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
     See attached list.

PLEASE TAKE NOTICE that on June 29, 2020, at 1:30 pm, I will appear before the Honorable
Judge Cleary, or any judge sitting in that judge's place, and present the attached **Motion to Modify
Chapter 13 Plan.**

**This motion will be presented and heard telephonically.**  No personal appearance in court is
necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and
use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com
or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is
timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely
filed, the Court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

## **PROOF OF SERVICE**

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.


DATE OF SERVICE:  June 9, 2020          /s/ Christine H. Clar_____
                                       Christine H. Clar, A.R.D.C. #6202332
                                       Attorney for the Debtor(s)


Christine H. Clar
Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who have been served via U.S. Mail:*

Sierra Auto Finance, LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK  73118

George and Susie Nailon
525 W. 15th Place
Chicago Heights, IL  60411

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 13 |
| GEORGE AND SUSIE NAILON, | ) | Case No. 16-18778 |
| | ) | Judge: CLEARY |
| Debtor(s). | ) | |

## DEBTOR'S MOTION TO MODIFY
## THE CHAPTER 13 PLAN

NOW COMES, THE DEBTORS, GEORGE AND SUSIE NAILON, by and through their attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1)      Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2)      On June 7, 2016, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on September 14, 2016.  That Marilyn O. Marshall was appointed Trustee in this case.

3)      The Debtor's Modified Chapter 13 plan provides for payments of $1,475.00 monthly for 36 months with an initial plan term of 36 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

4)      On August 2, 2016 Sierra Auto Finance filed a claim in this case for a loan on a 2009 Chevrolet Cobalt, (see exhibit A).  This debt was supposed to be paid outside the bankruptcy by the co-signer, Jazmine Crosby, Debtor's daughter, as stated in Sec. G.5 of the plan.

5)      On December 4, 2018 Sierra Auto Finance filed an amended claim in this case for a deficiency balance on the car loan after it was repossessed for non-payment, (see exhibit B).

6)      On March 15, 2019 the Trustee started paying on the unsecured deficiency balance of this claim.  The creditor, Sierra Auto Finance, cashed a total of $6,344.58 of the $7,171.60 debt, but has not accepted payment since October 18, 2019.  According to the Trustee, Sierra claims the account has been sold, and they are not owed any additional funds.  We have been unable to determine who is the current creditor of the deficiency balance.

7)      Debtor's propose to allow payment to Sierra Auto Finance to the extent that they have already been paid, ($6,344.58).

8)      This will allow the bankruptcy to close, as it has been held up for a resolution of this situation.

9)      The Debtors propose to modify their Chapter 13 plan pursuant to 11 U.S.C. §1329 to remove Section G. 5 from the plan and allow payment to Sierra Auto Finance for the amount paid. Debtors make this proposal in good faith and with the intention of completing their Chapter 13 plan.


WHEREFORE, the Debtors, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT
# A

**Fill in this information to identify the case:**

Debtor 1    Susie Nailon

Debtor 2    George H Nailon
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Illinois

Case number    16-18778

---

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

SIERRA AUTO FINANCE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Sierra Auto Finance c/o Peritus Portfolio Svcs
Name

P.O. Box 141419
Number    Street

Irving, Tx 75014-1419
City    State    ZIP Code

Contact phone  8668315954

Contact email  bankruptcy@peritusservices.com

**Where should payments to the creditor be sent? (if different)**

SIERRA AUTO FINANCE
Name

PO BOX 803067
Number    Street

DALLAS    TX    75380
City    State    ZIP Code

Contact phone  4696198275

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                                            MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6.** Do you have any number you use to identify the debtor?

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    8  6  4  8

**7.** How much is the claim?    $_____8,453.87_. Does this amount include interest or other charges?

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Auto Loan

**9.** Is all or part of the claim secured?

☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☑ Motor vehicle
☐ Other. Describe:    2009 Chevrolet Cobalt

Basis for perfection:    RIC and Title

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____8,453.87 *Not subject to cram down

Amount of the claim that is secured:    $_____8,453.87

Amount of the claim that is unsecured:    $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____800.62

Annual Interest Rate (when case was filed) 22.50 %
☑ Fixed
☐ Variable

**10.** Is this claim based on a lease?

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11.** Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | **Amount entitled to priority** |
| | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    <u>08/02/2016</u>
                    MM / DD / YYYY

Signature: **/s/ Steve Hornbeck**

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | **Steve Hornbeck** | | |
| | First name | Middle name | Last name |
| Title | **Bankruptcy Manager** | | |
| Company | **Peritus Portfolio Services II, LLC** | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | **P.O. Box 141419** | | |
| | Number    Street | | |
| | **Irving, TX 75014-1419** | | |
| | City | State | ZIP Code |
| Contact phone | <u>8668315954</u> | Email | bankruptcy@peritusservices.com |

**Debtor:**
Susie Nailon
**Debtor:**
George H Nailon
**Case#:**
16-18778

| | |
|---|---|
| Principal<br>(includes all fees and expenses set out in the Contract) | $7,876.29 |
| Interest | $513.25 |
| Fees | $64.33 |
| Expenses | |
| Other Charges | |
| **Total Amount Due** | **$8,453.87** |

| | |
|---|---|
| Pre-petition payment arrearage | $736.29 |

| | |
|---|---|
| Statement of the amount necessary to cure any default as of the time of petition | $800.62 |

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of |
|---|---|---|---|---|
| 23.52 % | $ 6,806.80 | $ 8,719.80 | $ 14,785.80 | $ 15,785.80 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 245.43 | monthly beginning 11/17/14 |

Itemization of Amount Financed

| Cash Price | $ 8,530.73 |
| Less Cash Downpayment | $ 1,000.00 |
| Value of Trade in $ N/A | |
| Lien Payoff $ N/A | |
| To: $ 0.00 |
| Total Downpayment | $ 1,000.00 |
| Unpaid Balance of Cash Price | $ 7,530.73 |

Other Charges / Amts Paid

| Public Officials (Licenses, Title & Taxes) | $ 1,022.00 |
| Dlr Svc Fee | $ 166.27 |
| Total Other Charges & Amount Paid to Others for You | $ 1,188.27 |

Buyer JAZMINE CROSBY; 525 W 15TH PL; CHICAGO HEIGHTS, IL 60411

Buyer SUSIE WILLIAMS, 525 W 15TH PL, CHICAGO HEIGHTS, IL 60411

Seller MELROSE PARK AUTO MALL INC   2410 W NORTH AVE; MELROSE PARK, IL 60160

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Serial Number | Body Color | Top Color | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| Used | 09 | CHEVROLET | COBALT | 4DR | 4 | 1G1AT58H797178648 | SILVER | | |

(Assignee) located in  COOKEYSVILLE , MD

### RETAIL INSTALLMENT CONTRACT

Buyer JAZMINE Crosby

Buyer Susie Williams Nailon

MELROSE PARK AUTO MALL INC

Copyright 2014  ELLANA FINANCIAL, INC., Elmhurst, IL (All Rights Reserved)   ORIGINAL   Form IFI-26 (Rev. 7/14)





## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form does not satisfy the transfer of ownership requirements as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

# EXHIBIT
# B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SUSIE NAILON |
| Debtor 2 (Spouse, if filing) | GEORGE H NAILON |
| United States Bankruptcy Court for the: | NORTHERN District of ILLINOIS (State) |
| Case number | 16-18778-LAH-13 |

Official Form 410

# Proof of Claim

04/16

Read the instruction before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152,157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor? | Sierra Auto Finance, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Sierra Auto Finance, LLC c/o AIS Portfolio Services, LP<br>Name<br>4515 N Santa Fe Ave. Dept. APS<br>Number          Street<br>Oklahoma City          OK          73118<br>City          State          ZIP Code<br><br>Contact phone (000) 000-0000<br><br>Contact email ecfnotices@ascensioncapitalgroup.com | **Where should payments to the creditor be sent? (if different)**<br><br>Sierra Auto Finance, LLC<br>Name<br>P.O Box 803067<br>Number          Street<br>Dallas          TX          75380<br>City          State          ZIP Code<br><br>Contact phone (000) 000-0000<br><br>Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☐ No<br>☒ Yes. Claim number on court claims registry (if known)          11          Filed on  08/02/2016<br>                                                                                              MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

Case 16-18778    Claim 11-2    Filed 12/04/18    Desc  Main Document    Page 2 of 3

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No | |
| | ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 7 _ 1 _ 7 _ 3 _ |

---

7. How much is the claim?    $ 7,171.60

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Car Loan Deficiency

---

9. Is all or part of the claim secured?

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $ _____

Amount of the claim that is secured:    $ _____

* No cramdown per statute.

Amount of the claim that is unsecured:    $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed)    _____%
☐ Fixed
☐ Variable

---

10. Is this claim based on a lease?

☒ No
☐ Yes.    Amount necessary to cure any default as of the date of the petition.   $ _____

---

11. Is this claim subject to a right of setoff?

☒ No
☐ Yes. Identify the property: _____

---

Official Form 410    Proof of Claim    page 2

Case 16-18778  Claim 11-2  Filed 12/04/18  Desc Main Document  Page 3 of 3

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | | |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to property. | ☒ No | | |
| | | ☐ Yes. *Check all that apply:* | | Amount entitled to priority |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507 (a)(7). | | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507 (a)(4). | | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. §507 (a)(8). | | $_____ |
| | | ☐ Contributions to an employee benefit plan . 11 U.S.C. § 507 (a)(5). | | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C § 507 (a)(___) that applies. | | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

---

### Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward that debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___12/04/2018___
         MM / DD / YYYY

_/s/ Rejoy Nalkara_
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Rejoy Nalkara | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Claims Processor | | |
| Company | AIS Portfolio Services, LP | | |
| | identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 4515 N Santa Fe Ave. | | |
| | Dept. APS | | |
| | Number        Street | | |
| | Oklahoma | OK | 73118 |
| | City | State | Zip Code |
| Contact Phone | (888)-455-6662 | Email | ecfnotices@ascensioncapitalgroup.com |

* This form 410 has been modified by AIS in conformance with FED. R. BANKR. P. 9009 and compliance with FED. R. BANKR. P. 3001. This Form 410, as modified, is substantially similar to Official Form 410.

## LIMITED SPECIAL POWER OF ATTORNEY

Sierra Auto Finance LLC ("Client"), hereby grants to AIS Portfolio Services, LP, a Limited Partnership whose principal office is located at 5847 San Felipe, Suite 1200 Houston, TX 77057, together with its affiliates, subsidiaries, directors, officers, and employees, (jointly "AIS"), Power of Attorney for the purpose of servicing claims Client may have in cases being administered pursuant to the Federal Bankruptcy Code. Client expressly authorizes AIS, or any of its employees, as attorney-in-fact for the undersigned, and with full power of substitution, to prepare and execute Proofs of Claims in bankruptcy proceedings under the United States Bankruptcy Code on behalf of Client pursuant to the Bankruptcy Services Agreement dated 6/8/2017 and entered into and between Client and AIS. This Power of Attorney is being given to AIS and may be attached to claims filed on our behalf as required by the Federal Rules of Bankruptcy Procedure and the Official Forms.

AIS shall indemnify, defend and hold harmless Client and its successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or claims of any kind whatsoever ("Claims"), arising out of, related to, or in connection with (i) any action taken by AIS pursuant to this Limited Special Power or Attorney, which act results in a Claim solely by virtue of the unlawful use of this Limited Special Power or Attorney (and not as a result of a Claim related to the underlying instrument with respect to which this Limited Special Power of Attorney has been used), or (ii) any use or misuse of this Limited Special Power or Attorney in any manner or by any person not expressly authorized hereby.

Third parties without actual notice may rely upon the power granted under this Limited Special Power of Attorney upon the exercise of such power of the Attorney-in-fact that all conditions precedent to such exercise of power have been satisfied and that this Limited Special Power of Attorney has not been revoked unless an instrument of revocation has been recorded.

This Limited Special Power of Attorney, and all authority granted hereunder, shall be in full force and effect until either (i) terminated in writing by Client; or (ii) without further action by Client automatically upon the termination in full of the Bankruptcy Services Agreement.

Dated: 10|12|2017

BY: _____

Name: Brake Kirk

Title: VP Servicing

State of Texas

County of Dallas

Subscribed and sworn to (or affirmed) before me on this 12 day of October , 2017, by Blake Kirk

_____

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me,

CLINT RUTHERFORD
Notary Public, State of Texas
Comm. Expires 12-22-2020
Notary ID 128246175

(Seal)

Signature Clint Rutherford

**RETAIL INSTALLMENT CONTRACT**

Contract Date: _____   Seller's Identity: _____   Desc supporting statements

**FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1,000.00 |
|---|---|---|---|---|
| 22.50 % | $ 6,006.80 | $ 8,719.00 | $ 14,725.80 | $ 15,725.80 |

**Itemization of Amount Financed**

| | |
|---|---|
| Cash Price | $ 8,530.73 |
| Less Cash Downpayment | $ 1,000.00 |
| Value of Trade $ | |
| Trade $ | |
| Lien Payoff $  N/A | |
| To: _____  Net Trade $ | 0.00 |
| Total Downpayment | 1,000.00 |
| (if negative enter "0" and see "Unpaid Balance Due on Trade-In" below) Amounts Paid on Your Account | |
| Unpaid Balance of Cash Price | $ 7,530.73 |

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 245.43 | monthly beginning 11/17/14 |
| | $ N/A | |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: I) 5% of the installment if the installment is in excess of $200.00; or II) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay this unpaid balance in full or in part at anytime without penalty.

See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

**"WE MAY BE RETAINING A PORTION OF THIS AMOUNT"**

| | |
|---|---|
| Unpaid Balance Due on Trade-In | $ N/A |
| Year, Make, Model of Buyer's Trade-In (Paid to) | N/A |
| *Insurance Companies: | |
| | $ 0.00 |
| | $ N/A |
| | $ 1,022.00 |
| Public Officials (Licenses, Title & Taxes) | $ N/A |
| Paid to ERT Service Provider for Optional ERT Fee $ | N/A |
| Dir Svc Fee | $ 166.27 |
| | $ N/A |
| Total Other Charges & Amount | $ 1,188.27 |
| Paid to Others for You | |

**Other Charges / Amts Paid**

| | | | |
|---|---|---|---|
| To _____ | $ N/A | To _____ | $ |
| To _____ | $ | To _____ | $ |
| To _____ | $ | To _____ | $ |

Buyer(s): JAZMINE CROSBY; 525 W 15TH PL; CHICAGO HEIGHTS, IL 60411
(Names)                        (Residence Address)                        (City)        (State)    (Zip)

Buyer(s): SUSIE WILLIAMS, 525 W 15TH PL; CHICAGO HEIGHTS, IL 60411
(Names)                        (Residence Address)                        (City)        (State)    (Zip)

Seller: MELROSE PARK AUTO MALL INC   2410 W NORTH AVE; MELROSE PARK, IL 60160
(Corporate Firm or Trade Name)   (Business Address)   (City)   (State)   (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle in good condition.

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Serial Number | Body Color | Top Color | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| Used | 09 | CHEVROLET | COBALT | 4DR | 4 | 1G1AT58H797171864B | SILVER | | |

Buyer Promises to pay to the order of Seller at the offices of: SIERRA AUTO FINANCE LLC.   (Assignee) located in COCKEYSVILLE, MD

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 22.50 % per annum from date until maturity, in 60 installments of $ 245.43 each and a final installment of $ N/A, beginning on NOVEMBER 17TH 2014 and continuing on the same day of each succeeding month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein.

**SECURITY INTEREST:** Seller is granted a purchase-money security interest in the motor vehicle described above and all accessions under the Illinois Uniform Commercial Code until the Total of Payments and all future indebtedness for taxes, liens, repairs and insurance premiums advanced by holder hereunder are paid in full. Buyer grants assignee the right of set-off or lien on any moneys, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, except IRA or similar deposits. Seller is also granted a security interest in any premium refunds for insurance or service contracts. If Amount Financed hereunder, the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, and all amounts due under this contract are paid in full.

**ACCELERATION:** Buyer agrees that (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other Indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) if the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or Buyer's business or property, or Buyer shall make an assignment for benefit of creditors, or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

**PREPAYMENT:** THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.

**DELINQUENCY CHARGE:** If any payment is ten (10) days late, you will be charged: I) 5% of the installment if the installment is in excess of $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in realizing on the collateral. Buyer agrees to pay Finance Charges after maturity or the final installment, or after acceleration upon default, at the Annual Percentage Rate stated herein so long as there is any unpaid default hereunder, all without relief from valuation or appraisement laws.

**INSURANCE AGREEMENT:** Motor Vehicle Damage or Loss Insurance is required by Seller. (Buyer may choose the person through whom the insurance is to be obtained. If such insurance is to be obtained through Seller, the cost for a term of ___ N/A ___ months will be $ ___ N/A ___

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT**
Credit Insurance is not required by Seller nor is it a factor in approval of the extension of credit. No credit insurance is to be provided unless the Buyer signs the appropriate authorization below. Group Credit Insurance is available for the term of the credit upon acceptance by insurer at the following costs:

Credit Life Insurance $ ___ N/A ___   Credit Disability Insurance $ ___ N/A ___

| | | |
|---|---|---|
| I desire Credit Life insurance. | I desire Credit Disability Insurance. | I DO NOT want Credit Life or Disability Insurance. |
| | | _Jazmine Crosby_ 10/3/14 |
| (Age of Insured)   (Signature)   (Date) | (Age of Insured)   (Signature)   (Date) | _Susie Williams Nailor_ |
| | | (Age of Insured)   (Signature)   (Date) |

**SEE REVERSE HEREOF FOR INFORMATION ON POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.**

**NOTICE OF PROPOSED GROUP CREDIT LIFE INSURANCE**
If a charge is made above for credit life insurance and if such insurance is to be purchased by assignee, the undersigned takes notice that the decreasing term insurance written under a Group Credit Life Insurance Policy is to be purchased on the life of the Buyer or Buyers who signed above requesting it, subject to acceptance by the insurer and issuance of a certificate by (Name of Insurance)
_N/A_

The amount of premium is shown above. The term of insurance will commence on the date of this contract and expire on the originally scheduled maturity date of the indebtedness. The initial amount of insurance will be equal to the initial indebtedness and will decrease as any payment is made on the indebtedness in an amount computed by multiplying the amount of the payment by the ratio of initial insurance over the initial indebtedness. The proceeds of any insurance paid will be applied to reduce or extinguish the indebtedness. If insurance is terminated prior to the scheduled maturity date of the indebtedness, any premium refund will be paid or credited promptly to the person entitled thereto. Refund formula is on file with the Director of Insurance and with creditor. All of the foregoing is subject to the provisions of the certificate of insurance to be issued.

Other insurance: _N/A_   the cost for a term of _N/A_ months will be $ _N/A_
(Type of Insurance)

**BUYER AGREES THAT THE PROVISIONS ON THE REVERSE SIDE HEREOF SHALL CONSTITUTE A PART OF THIS RETAIL INSTALLMENT CONTRACT AND IS INCORPORATED HEREIN.** If this contract evidences the sale of a used motor vehicle (1) Buyer acknowledges receipt of the original or a true copy of the "Buyer's Guide" form displayed by Seller on the side window of the used vehicle; and (2) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS USED VEHICLE IS A PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. Spanish Translation: Cuya comprador es vehículos usados. La información que se ve al formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**
DOCUMENTARY FEE: A DOCUMENTARY FEE is not an official fee. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2009, WAS $150. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $150 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.
The Annual Percentage Rate may be negotiable with the Seller. If this Contract is assigned, Seller may retain or receive a portion of the Finance Charge.
NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due and to obtain under certain conditions a partial refund of the finance charge. Buyer confirms receiving a copy of this contract and had a chance to read and review it before Buyer signed it. By signing below Buyer agrees to the terms of this contract. Guarantor, if any, acknowledges receipt of completed copies of this contract and of Explanation of Guarantor's Obligation.
CO-BUYER: A Co-Buyer is a person who agrees to be primarily responsible for paying the entire debt and who (1) actually receives the vehicle or (2) is a parent or spouse of the Buyer, or (3) will be listed as an owner on the vehicle's title. By signing below, (1) I confirm that I will actually receive possession of the vehicle or will use it, or that I am a parent or spouse of the Buyer, and (2) I will be listed as an owner on the vehicle's title; (2) I agree to be primarily obligated under this contract; and (3) I consent to the Creditor having a security interest in the vehicle.

Dated: _____

Seller: MELROSE PARK AUTO MALL INC

By: _____  GM  (Title)

Guarantor _____

I hereby guarantee the collection of the above described amount upon failure of the seller named herein to collect said amount from the buyer named herein.

**RETAIL INSTALLMENT CONTRACT**

Buyer(s) acknowledges receipt of a fully completed and executed copy of this Contract.

Buyer _Jazmine Crosby_

Buyer _Susie Williams Nailor_

INSTRUCTIONS: If parent, spouse, or other person who is or will be listed as an owner on the vehicle's title is a co-buyer, sign above. Other co-signers, sign on the Guarantor line.

Copyright 2014, ILLIANA FINANCIAL INC., Elmhurst, IL (All Rights Reserved)   Form IF1-25 (Rev. 7/14)

## Amended Deficiency Proof of Claim Attachment - Post-Petition Repossession

| | | |
|---|---|---|
| **Name of debtor:** | SUSIE NAILON \ GEORGE H NAILON | **Case number:** 16-18778-LAH-13 |
| **Name of creditor:** | Sierra Auto Finance, LLC | **Last four digits of any number you use to identify the debtor's account:** 7173 |
| **Date of Sale:** | 4/5/2018 | |

### Account Balance and Sale Details

| | | | |
|---|---|---|---|
| 1. Principal balance prior to sale | (1) | $ | 7,876.29 |
| 2. Total sale proceeds | (2) − | $ | 1,819.51 |
| 3. Payments received post-petition | (3) − | | |
| 4. Additional Charges | (4) + | $ | 1,050.49 |
| 5. Refunds/Rebates | (5) − | | |
| 6. Misc. fees | (6) + | $ | 64.33 |
| 7. Post-petition interest | (7) + | | |
| **Deficiency balance** | | $ | 7,171.60 |