UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-18778
GEORGE AND SUSIE NAILON, )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Payment to Sierra Auto Finance is allowed to the extent that they have already been paid, $6,344.58.

2) Section G.5 is removed from the plan.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: June 29, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor's
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com